IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 19-MJ-2821 |
| | ) |
| vs. | ) |
| | ) |
| **RUFINO JODY MARTINEZ, a.k.a.** **"Mono,"** | ) |
| | ) |
| | ) |
| Defendant. | ) |

### UNITED STATES' NOTICE OF RELATED CASES

The United States of America notifies the Court that the subject matter in the above-captioned case is related to the subject matter in the following cases:

1. *U.S. v. Angel DeLeon, et al.*, Criminal No. 15-4268 JB
2. *U.S. v. Anthony Baca et al.,* Criminal No. 16-1613 JB
3. *U.S. v. Jonathan Gomez, a.k.a. "Baby G,"* Case No. 19-MJ-3189
4. *U.S. v. Gary Coca,* Case No. 19-MJ-3023
5. *U.S. v. Gregory Montoya, a.k.a. "Jinx,"* Case No. 19-MJ-3231
6. *U.S. v. Anthony Paul Salazar,* Case No. 19-MJ-3233
7. *U.S. v. Leopoldo Salazar,* Case No. 19-MJ-3232
8. *U.S. v. Robert Trujillo,* Case No. 19-MJ-2999

The United States hereby represents that the theories of prosecution, facts, evidence and witnesses in the listed cases are substantially common to one another, and the cases arise out of the same racketeering investigation involving the same enterprise. The United States respectfully asserts that the listed cases should be assigned to a single United States District Judge of this Court in the interest of judicial economy. Moreover, assignment of the listed case to a single United States District Judge of this Court will minimize the risk of disparate treatment of similarly situated criminal defendants.

Respectfully submitted,

FRED FEDERICI
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. §515

*Electronically Filed 10/16/2019*
MARIA Y. ARMIJO
RANDY M. CASTELLANO
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

_____/s/_____
MARIA Y. ARMIJO
Assistant United States Attorney